UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60156-CIV-ROSENBAUM/SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARK SEARS,

        Defendant.
_____/

**ORDER**

This matter comes before the Court on Plaintiff United States of America's Motion for Default Judgment [D.E. 14], filed on June 12, 2012.  The Court has carefully considered the Motion, the entire case file, including Plaintiff's Complaint [D.E. 1], the entry of default against Defendant Mark Sears [D.E. 13], and the failure of Defendant Mark Sears to respond to the Court's Order to Show Cause [D.E. 15], and is otherwise fully advised in the premises.

In the pending Motion [D.E. 14], Plaintiff seeks the entry of default final judgment against Defendant in an action alleging an unpaid debt.  On June 14, 2012, this Court issued an Order to Show Cause Why the Court Should Not Grant Plaintiff's Motion for Entry of Default Judgment.  The Order gave Defendant until July 2, 2012, to show cause as to why default judgment should not be granted.  As of the date of this Order, no response has been filed, nor has any document been filed in this case by Defendant.  Yet the record in this matter reflects that Defendant Mark Sears was served in this case on May 14, 2012.  *See* D.E. 7.

Accordingly, it is **ORDERED and ADJUDGED** that Plaintiff United States of America's

Motion for Entry of Default Judgment [D.E. 14] is hereby **GRANTED**.  Pursuant to Rule 58(a), Fed. R. Civ. P., a separate final judgment will be entered in this case.

**DONE and ORDERED** this 3rd day of July 2012 in Fort Lauderdale, Florida.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record

Mark Sears, *pro se* Defendant
Personal & Confidential
1751 N.W. 12th Avenue
Pompano Beach, Florida 33069